IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 NOV -4  AM 6: 41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

VS.                                         NO. 05-2814-MaV

WILLIE MAYS,

    Defendant-Petitioner.

---

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

---

Before the court is the September 1, 2005, motion for admission *pro hac vice* of Kevin M. Schad. Mr. Schad is a member in good standing of the bar of the state of Ohio and is admitted to practice before the following courts: Supreme Court of the United States; Supreme Court of the State of Ohio; U. S. Court of Appeals for the District of Columbia; U. S. District Court for the Central District of Illinois; U. S. District Court for the Eastern and Western Districts of Michigan; U. S. District Court for the Northern and Southern Districts of Ohio; U. S. District Court for the Eastern District of Texas; U. S. District Court for the Eastern District of Wisconsin; and the U. S. Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits. Mr. Schad has obtained and is familiar with the local rules and

professional guidelines of this court. For good cause shown, the motion is granted and Kevin M. Schad is admitted to participate in this action as counsel for Defendant-Petitioner.

It is so ORDERED this 3d day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02814 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Kevin M. Schad
SCHAD & SCHAD
1001 W. Main St.
Ste. F
Lebanon, OH 45036

Honorable Samuel Mays
US DISTRICT COURT